UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
MAIROBY HERNANDEZ,                                            :
                           Plaintiff,                         :
                                                              :       22 Civ. 5665 (LGS)
             -against-                                        :
                                                              :       ORDER
UNIQUE PRETZEL BAKERY INC.,                                   :
                           Defendant.                         :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for August 31, 2022. (Dkt. No. 5.)

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. (*See* Dkt. No. 12.) It is hereby

**ORDERED** that the August 31, 2022, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated:  August 24, 2022
        New York, New York

                                             _____
                                             LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE